**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



## ORDER

Appellate case name:    LaTanya Thompson v. Yellowfin Servicing Corp., as Successor in Interest to IndyMac Bank, F.S.B

Appellate case number:   01-21-00147-CV

Trial court case number:  1156055

Trial court:    County Civil Court at Law No. 4 of Harris County, Texas

On February 3, 2023, Appellant LaTanya Thompson filed a second unopposed motion for extension of time to file a motion for rehearing or motion for en banc reconsideration of our January 3, 2023 memorandum opinion. Thompson's motion for rehearing or en banc reconsideration is currently due February 17, 2023. In her motion for extension, Thompson requests this Court grant her an extension to 30 days after the Texas Supreme Court has made a ruling on a controlling issue of waiver in a factually similar case from the Fourteenth Court of Appeals, *Santos v. Yellowfin Loan Servicing Corp.*, No. 14-21-00151-CV, 2022 WL 2678846, at *4 (Tex. App.—Houston [14th Dist.] July 12, 2022, pet. filed) (mem. op.), on which we relied in our opinion in this case. Thompson's motion for extension is **granted in part**.

**Thompson's motion for rehearing or motion for en banc reconsideration is due 30 days from the date of this order, by Thursday, March 16, 2023.**

It is so ORDERED.

Judge's signature: /s/ Amparo Guerra_____

☐  Acting individually   ☒  Acting for the Court

Date: February 14, 2023_____

Panel Consists of Justices Kelly, Rivas-Molloy, and Guerra